UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:                                                                      IN PROCEEDINGS UNDER
                                                                                   CHAPTER 7
    Yida Falkovitz                                           CASE NO. 24-35126
          Debtor                                               JUDGE CECELIA G. MORRIS

------------------------------------------------------------X

## NOTICE OF HEARING ON DEBTOR'S MOTION TO REOPEN CASE

**PLEASE TAKE NOTICE** that upon the annexed motion and certification of Nnenna Onua, McKinley Onua & Associates, 26 Court Street, Suite 300, Brooklyn, New York 11242, sworn to on March 18, 2024 via Zoom, and upon all prior documents, the undersigned will move this Court, on April 16, 2024 at 9 A.M. before Honorable Cecelia G. Morris, Courtroom No. 621, United States Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, New York 12601, for an order granting Debtor's Motion to Reopen Case and for such other and further relief as this Court deems just and equitable under the circumstances. You must register your appearance by 4 P.M. two business days before the scheduled hearing with eCourt Appearance tool provided on the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Proposed Order must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Court, and shall be (i) delivered to the chambers of the assigned Bankruptcy Judge, (ii) filed with the Bankruptcy Court and (iii) served upon Nnenna Onua, Esq., 26 Court Street, Suite 300, Brooklyn, New York 11242 so as to be received at least five (5) days prior to the return date of this motion.

Dated:  Brooklyn, New York                          */s Nnenna Onua*
         April 5, 2024                        By: _____
                                                       Nnenna Onua
                                                       *Attorney for Debtor*

McKinley Onua & Associates, PLLC
26 Court Street, Suite 300
Brooklyn, NY 11242
(718) 522-0236

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:                                                          IN PROCEEDINGS UNDER
                                                                CHAPTER 7
       Yida Falkovitz                                           CASE NO. 24-35126
               Debtor                                           JUDGE CECELIA G. MORRIS

------------------------------------------------------------X
```

## DEBTOR'S MOTION TO REOPEN CASE

Yida Falkowitz (hereinafter "Debtor"), by and through her counsel, submits this motion requesting to reopen the current matter.

## PROCEDURAL HISTORY

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. §157 and §1334 and by virtue of 11 U.S.C. §506 and §522(f).

2. On November 3, 2023, Debtor filed for Chapter 7 bankruptcy protection in the Eastern District of New York. On the same day, Debtor filed the list of creditors.

3. On December 21, 2023, Debtor filed a motion to change venue from the Bankruptcy Court for the Eastern District of New York to the Bankruptcy Court for the Southern District of New York, which was granted on February 5, 2024.

4. On January 23, 2024, Debtor filed Amended Schedules D, E, G, H and I. Debtor had all documents ready to be filed under the remaining schedules but did not file them as he had requested that the venue be changed.

5. On the same day, January 23, 2024, Debtor also filed disclosure of compensation of Attorney for the Debtor and Statements pursuant to Local Rule 2017 and Local Bankruptcy Rule 2017.

3

6. Debtor also requested to enter a loss mitigation program with respect to the property located at 4 College Drive, Highland Mills, NY for loan # 4172 with creditor FinWise Bank.

7. The Southern District of New York received receipt of transferred case on February 9, 2024.

8. Debtor was not aware of the date of next hearing before this Court due to the confusion with the recent transfer of the case, and on February 28, 2024 this Court dismissed the case.

9. On March 4, 2024, this Court issued an order discharging the Trustee.

## ARGUMENT

### Reopening the case is appropriate pursuant to 11 U.S.C. §350(b)

10. A case may be reopened on motion of a Debtor or any other party in interest, pursuant to 11 U.S.C. §350(b) of the United States Bankruptcy Code and Rule 5010 of the Federal Rules of Bankruptcy Procedure. Under 11 U.S.C. §350(b), "a case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause."

11. Here, the Debtor filed for Chapter 7 bankruptcy on November 3, 2023. Realizing that he had filed in the wrong district, Debtor filed for a change of venue on December 21, 2023. Shortly thereafter, on January 23, 2024, Debtor filed the amended schedules D, E, G, H, and I. He also filed the disclosure statement of his attorneys' fees and compensation and requested for loss mitigation with respect to property located at 4 College Drive, Highland Mills, NY, loan # 4172 with creditor FinWise Bank.

12. Debtor also had ready all the documents that pertained to his case for filing under the various remaining schedules but did not file them as he had applied for a change of venue.

13. Debtor was not aware of the new court date after change of the venue. The court date was calendared but our office believed that the date was before the Eastern District of New York and no longer valid. Therefore, our office did not attend that court date, and before Detor could file his remaining schedules, the case was dismissed.

14. Debtor humbly requests that the case be reopened.

## CONCLUSION

Based on the foregoing, this Court should reopen the matter.

Dated: Brooklyn, New York
April 5, 2024

By: /s *Nnenna Onua*
Nnenna Onua
*Attorney for Debtor*
McKinley Onua & Associates, PLLC
26 Court Street, Suite 300
Brooklyn, NY 11242
(718) 522-0236

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE:                                                                    IN PROCEEDINGS UNDER
                                                                                CHAPTER 7
   Yida Falkovitz                                                 CASE NO. 24-35126
           Debtor                                              JUDGE CECELIA G. MORRIS

-------------------------------------------------------------X

### ORDER TO REOPEN CASE

Upon the motion of Debtor Yida Falkowitz to reopen the case, with affirmation in support having been served upon the Office of the United States Trustee, all interested parties, and all parties who filed notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure heard on April 16, 2024, and conducted before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, United States Bankruptcy Court, 355 Main Street, Poughkeepsie, New York 12601, after due deliberation and consideration, and on the record before the Court, it is hereby

**ORDERED** that the Debtor's Motion to Reopen Case is granted.