UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

In re:

    YIDA FALKOWITZ                              Case No. 24-35126-cgm
                                                                   Chapter 7

                 Debtor.

-----------------------------------------------------------

### ORDER DENYING DEBTOR'S MOTION TO REOPEN CASE

Upon the motion, dated April 5, 2024, of the Debtor Yida Falkowitz, by and through counsel at McKinley Onua & Associates, PLLC for an order to reopen the Debtor's previously dismissed case (D.N. 45) (the "Motion to Reopen"); upon the Objection to Debtor's Motion to Reopen Case filed on April 11, 2024 by FinWise Bank, by and through its counsel at Lemery Greisler LLC (D.N. 46); and upon the hearing held before this Court on April 16, 2024 with an appearance by Meghan M. Breen, Esq. on behalf of FinWise Bank and appearance by Nnenna Onua, Esq. on behalf of the Debtor, it is hereby

**ORDERED**, that the Debtor's Motion to Reopen is DENIED under 11 U.S.C. § 350(b).



/s/ Cecelia G. Morris
_____
**Dated: April 17, 2024**             Hon. Cecelia G. Morris
**Poughkeepsie, New York**      U.S. Bankruptcy Judge